# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| CHARLES MATTHEW WIRTH,<br>Petitioner,<br>vs.<br>THE FIFTH JUDICIAL DISTRICT<br>COURT OF THE STATE OF NEVADA,<br>IN AND FOR THE COUNTY OF NYE;<br>AND THE HONORABLE KIMBERLY A.<br>WANKER, DISTRICT JUDGE,<br>Respondents,<br>and<br>THE STATE OF NEVADA,<br>Real Party in Interest. | No. 70920<br><br>**FILED**<br><br>NOV 1 7 2016<br><br>ELIZABETH A. BROWN<br>CLERK OF SUPREME COURT<br>BY_____<br>DEPUTY CLERK |
| CHARLES MATTHEW WIRTH,<br>Petitioner,<br>vs.<br>THE FIFTH JUDICIAL DISTRICT<br>COURT OF THE STATE OF NEVADA,<br>IN AND FOR THE COUNTY OF NYE;<br>AND THE HONORABLE KIMBERLY A.<br>WANKER, DISTRICT JUDGE,<br>Respondents,<br>and<br>THE STATE OF NEVADA,<br>Real Party in Interest. | ✓ No. 70921 |

## ORDER DENYING PETITIONS

These are pro se petitions for writs of mandamus, or alternatively, writs of prohibition. Petitioner Charles Wirth seeks an order directing the filing and consideration of various motions and an order granting his motion to correct an illegal sentence because the district court has allegedly not complied with the writ of mandamus issued in *Wirth v. Fifth Judicial Dist. Court*, Docket No. 69108 (Order Granting Petition, June 13, 2016). Without deciding upon the merits of any claims raised in the documents submitted in these matters, we decline to exercise

16-35952

our original jurisdiction because petitioner has failed to provide any documents supporting the allegations in the petitions. *See* NRS 34.160; NRS 34.170; NRS 34.320; NRS 34.330. Accordingly, we

ORDER the petitions DENIED.

_____, C.J.
Parraguirre

_____, J.
Hardesty

_____, J.
Pickering

cc:    Hon. Kimberly A. Wanker, District Judge
Charles Matthew Wirth
Attorney General/Carson City
Nye County District Attorney
Nye County Clerk

(O) 1947A